CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2011 FEB 16  AM 11: 25

DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| PERCY FOREMAN, PRO SE, §<br>also known as LARRY FOREMAN, §<br>TDCJ-CID No. 926545, §<br>Previous TDCJ-CID No. 369930, §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>JOHN H. ADAMS, Senior Warden; §<br>STEPHEN A. HUGHES, CO II; and §<br>ZACHARY W. ROGERS, CO II; §<br>§<br>§ | 2:10-CV-0121 |

## ORDER OF DISMISSAL

Plaintiff PERCY FOREMAN, while a prisoner confined in the Texas Department of

Criminal Justice, Correctional Institutions Division, filed suit pursuant to Title 42, United States

Code, section 1983 complaining against the above-named defendants, and has been granted

permission to proceed *in forma pauperis*.

On February 4, 2011, a Report and Recommendation was issued by the United States

Magistrate Judge recommending the instant cause be dismissed with prejudice as frivolous and

for failure to state a claim on which relief can be granted.

Plaintiff filed his Objections on February 14, 2011.

The Court has made an independent examination of the records in this case and has

examined the Magistrate Judge's Report and Recommendation, as well as the Objections filed by

the plaintiff.

The Court is of the opinion that the objections of the plaintiff should be OVERRULED and the Report and Recommendation of the United States Magistrate Judge should be ADOPTED by the United States District Court.

This Court, therefore, does OVERRULE plaintiff's objections, and does hereby ADOPT the Report and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that the Civil Rights Complaint by PERCY FOREMAN is DISMISSED WITH PREJUDICE AS FRIVOLOUS AND FOR FAILURE TO STATE A CLAIM ON WHICH RELIEF CAN BE GRANTED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

The Clerk shall send a copy of this order to plaintiff and to any attorney of record. The Clerk shall also mail copies of this order to TDCJ-Office of the General Counsel, P.O. Box 13084, Austin, TX 78711; and to the Pro Se Clerk at the U.S. District Court for the Eastern District of Texas, Tyler Division.

It is SO ORDERED.

Signed this the _16th_ day of February, 2011.

MARY LOU ROBINSON
United States District Judge